# USPS Employee Earnings Statement

## Employee Information

| | | | |
|---|---|---|---|
| Employee: | JOHN J MALONEY III | Employee ID: | 04124149 |
| Finance Number: | 41-6581 | Pay Location: | 045 |
| Pay Period: | 13-2023 | Pay Date: | 06/23/23 |
| Inclusive Dates: | 06/03/23 - 06/16/23 | | |

**Net Pay:** $1,559.21

## Paid Hours

| Pay Period | Week | RSC | Level | Step | Des Act | Salary Rate | Code | Description | Hours | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 13-23 | 1 | Q | 01 | K | 134 | 66,622 | 52 | WORK HOURS | 40.00 | 1,281.19 |
| 13-23 | 1 | Q | 01 | K | 134 | 66,622 | 53 | OVERTIME HOURS | 1.39 | 66.78 |
| 13-23 | 1 | Q | 01 | K | 134 | 66,622 | 54 | NIGHT WORK PREM HOURS | .33 | .47 |
| 13-23 | 1 | Q | 01 | K | 134 | 66,622 | 70 | STEWARDS DUTY TIME | 3.30 | .00 |
| 13-23 | 1 | | | | | | | FLSA | | .01 |
| 13-23 | 2 | Q | 01 | K | 134 | 66,622 | 49 | OWCP LWOP HOURS | .43 | .00 |
| 13-23 | 2 | Q | 01 | K | 134 | 66,622 | 52 | WORK HOURS | 35.58 | 1,139.62 |
| 13-23 | 2 | Q | 01 | K | 134 | 66,622 | 53 | OVERTIME HOURS | .17 | 8.17 |
| 13-23 | 2 | Q | 01 | K | 134 | 66,622 | 69 | BLOOD DONOR LEAVE | 3.99 | 127.80 |
| 13-23 | 2 | Q | 01 | K | 134 | 66,622 | 70 | STEWARDS DUTY TIME | 1.16 | .00 |
| | | | | | | | | **Total Hours Gross Pay:** | | 2,624.04 |

## Leave & Retirement Information

**Category: 6.00**                                                    **Annual Leave**

**Leave Computation Date: 11/29/14**

| | |
|---|---|
| AL Prior Year Balance | 53.00 |
| AL Maximum Carryover | 520.00 |
| AL Carried over from Prior Year | 53.00 |
| + AL Earned YTD | 66.00 |
| + AL Holiday Earned YTD | 8.00 |
| - AL Used YTD | 104.00 |
| = Earned Annual Leave Balance | 23.00 |
| + AL Advanced YTD | 94.00 |
| = Available AL Balance | **117.00** |
| AL Used this Pay Period | .00 |

**Category: 4.00**                                                    **Sick Leave**

| | |
|---|---|
| SL Prior Year Balance | 263.78 |
| + SL Earned YTD | 44.00 |
| - SL Used YTD | 10.00 |
| = Current SL Balance | **297.78** |
| SL Used this Pay Period | .00 |

**Other Leave**

**Leave Without Pay (LWOP)**

| | |
|---|---|
| Pay Period LWOP | .43 |

Leave Without Pay (LWOP)

| | |
|---|---|
| Calendar LWOP YTD | 16.47 |
| Leave Increment LWOP | 36.98 |

### Retirement

| | | | |
|---|---|---|---|
| YTD: | 1,406.75 | Total: | 9,872.25 |

### FERS USPS Thrift Contributions

| | | | |
|---|---|---|---|
| PP 1%: | 25.49 | YTD USPS 1%: | 319.72 |
| PP Match: | 101.94 | YTD Matching: | 1,278.82 |

### Insurance Income

| | | | |
|---|---|---|---|
| Pay Period: | 2.79 | YTD: | 36.27 |

### Earnings Statement Messages

No messages

## Additional Pay & Other Compensation

| Description | Amount Pay Period | YTD |
|---|---|---|
| Total Additional Pay / Other Compensation: | .00 | .00 |
| Total Adjustments Gross: | .00 | .00 |
| Total Gross Pay: | $2,624.04 | $37,426.49 |

## Deductions

| Description | Amount Pay Period | YTD |
|---|---|---|
| Retirement: FERS - Ret-FICA Code E | 112.14 | 1,406.75 |
| Social Security | 155.79 | see YTD below |
| Medicare | 36.44 | see YTD below |
| Federal Tax: S 02 | 204.69 | 3,553.47 |
| Health Plan Pre-tax: (Self only) 111 Blue Cross and Blue Shield | 86.67 | 1,113.73 |
| State Income Tax: PA S 00 | 77.14 | 1,105.76 |
| Local Tax: 651 S 00 | 99.45 | 1,418.47 |
| FEDVIP Dental Pre Tax | 21.21 | 254.55 |
| FEDVIP Vision Pre Tax | 3.33 | 40.03 |
| Social Security (deducted on Ins Income) | .18 | 2,235.38 |
| Medicare (deducted on Ins Income) | .04 | 522.79 |
| Thrift Savings Plan (TSP): 9% - (Regular) | 229.37 | 2,877.43 |
| Union Dues: L | 30.88 | 401.44 |
| Allotment | 7.50 | 97.50 |
| Total Current Pay Period Deductions: | 1,064.83 | |
| Total Adjustments Deductions: | .00 | |
| Total Deductions: | $1,064.83 | $15,027.30 |
| Net Pay (Net To Bank): | $1,559.21 | $22,399.19 |

## Adjustments

No adjustments for this pay period

# USPS Employee Earnings Statement

## Employee Information

| | | | |
|---|---|---|---|
| Employee: | JOHN J MALONEY III | Employee ID: | 04124149 |
| Finance Number: | 41-6581 | Pay Location: | 045 |
| Pay Period: | 14-2023 | Pay Date: | 07/07/23 |
| Inclusive Dates: | 06/17/23 - 06/30/23 | | |

**Net Pay:** $2,007.56

## Paid Hours

| Pay Period | Week | RSC | Level | Step | Des Act | Salary Rate | Code | Description | Hours | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 14-23 | 1 | Q | 01 | K | 134 | 66,622 | 52 | WORK HOURS | 32.00 | 1,024.95 |
| 14-23 | 1 | Q | 01 | K | 134 | 66,622 | 53 | OVERTIME HOURS | 7.52 | 361.30 |
| 14-23 | 1 | Q | 01 | K | 134 | 66,622 | 58 | HOLIDAY LEAVE | 8.00 | 256.24 |
| 14-23 | 1 | Q | 01 | K | 134 | 66,622 | 70 | STEWARDS DUTY TIME | 1.54 | .00 |
| 14-23 | 2 | Q | 01 | K | 134 | 66,622 | 43 | PENALTY OVERTIME PAYMENT | .02 | 1.28 |
| 14-23 | 2 | Q | 01 | K | 134 | 66,622 | 49 | OWCP LWOP HOURS | 1.41 | .00 |
| 14-23 | 2 | Q | 01 | K | 134 | 66,622 | 52 | WORK HOURS | 38.59 | 1,236.03 |
| 14-23 | 2 | Q | 01 | K | 134 | 66,622 | 53 | OVERTIME HOURS | 9.25 | 444.41 |
| 14-23 | 2 | Q | 01 | K | 134 | 66,622 | 54 | NIGHT WORK PREM HOURS | .25 | .35 |
| 14-23 | 2 | Q | 01 | K | 134 | 66,622 | 70 | STEWARDS DUTY TIME | 1.31 | .00 |
| 14-23 | 2 | | | | | | | FLSA | | .00 |

**Total Hours Gross Pay:** 3,324.56

## Leave & Retirement Information

**Category: 6.00** — Annual Leave

Leave Computation Date: 11/29/14

| | |
|---|---|
| AL Prior Year Balance | 53.00 |
| AL Maximum Carryover | 520.00 |
| AL Carried over from Prior Year | 53.00 |
| + AL Earned YTD | 72.00 |
| + AL Holiday Earned YTD | 8.00 |
| - AL Used YTD | 104.00 |
| = Earned Annual Leave Balance | 29.00 |
| + AL Advanced YTD | 88.00 |
| = Available AL Balance | **117.00** |
| AL Used this Pay Period | .00 |

**Category: 4.00** — Sick Leave

| | |
|---|---|
| SL Prior Year Balance | 263.78 |
| + SL Earned YTD | 48.00 |
| - SL Used YTD | 10.00 |
| = Current SL Balance | **301.78** |
| SL Used this Pay Period | .00 |

Other Leave

### Leave Without Pay (LWOP)

| | |
|---|---:|
| Pay Period LWOP | 1.41 |
| Calendar LWOP YTD | 16.47 |
| Leave Increment LWOP | 38.39 |

### Retirement

| | | | |
|---|---:|---|---:|
| YTD: | 1,517.51 | Total: | 9,872.25 |

### FERS USPS Thrift Contributions

| | | | |
|---|---:|---|---:|
| PP 1%: | 25.17 | YTD USPS 1%: | 344.89 |
| PP Match: | 100.69 | YTD Matching: | 1,379.51 |

### Insurance Income

| | | | |
|---|---:|---|---:|
| Pay Period: | 2.79 | YTD: | 39.06 |

### Earnings Statement Messages

No messages

## Additional Pay & Other Compensation

| Description | Amount | |
|---|---:|---:|
| | Pay Period | YTD |
| Total Additional Pay / Other Compensation: | .00 | .00 |
| Total Adjustments Gross: | .00 | .00 |
| Total Gross Pay: | $3,324.56 | $40,751.05 |

## Deductions

| Description | Amount | |
|---|---:|---:|
| | Pay Period | YTD |
| Retirement: FERS - Ret-FICA Code E | 110.76 | 1,517.51 |
| Social Security | 199.22 | see YTD below |
| Medicare | 46.59 | see YTD below |
| Federal Tax: S 02 | 359.42 | 3,912.89 |
| Health Plan Pre-tax: (Self only) 111 Blue Cross and Blue Shield | 86.67 | 1,200.40 |
| State Income Tax: PA S 00 | 98.65 | 1,204.41 |
| Local Tax: 651 S 00 | 126.00 | 1,544.47 |
| FEDVIP Dental Pre Tax | 21.21 | 275.76 |
| FEDVIP Vision Pre Tax | 3.33 | 43.36 |
| Social Security (deducted on Ins Income) | .18 | 2,434.78 |
| Medicare (deducted on Ins Income) | .04 | 569.42 |
| Thrift Savings Plan (TSP): 9% - (Regular) | 226.55 | 3,103.98 |
| Union Dues: L | 30.88 | 432.32 |
| Allotment | 7.50 | 105.00 |
| Total Current Pay Period Deductions: | 1,317.00 | |
| Total Adjustments Deductions: | .00 | |
| Total Deductions: | $1,317.00 | $16,344.30 |
| Net Pay (Net To Bank): | $2,007.56 | $24,406.75 |

## Adjustments

No adjustments for this pay period