BADEY SLOAN & DIGENOVA PC
2200 Locust Street
Philadelphia PA  19103

NON-NEGOTIABLE

DANI J MALONEY
6261 CHARLES STREET
PHILADELPHIA PA  19135

*Payrolls by Paychex, Inc.*

NON-NEGOTIABLE

| PERSONAL AND CHECK INFORMATION | | |
|---|---|---|
| Dani J Maloney | | |
| 6261 Charles Street | | |
| Philadelphia, PA  19135 | | |
| **Soc Sec #:** xxx-xx-xxxx | **Employee ID:** 6 | |
| **Pay Period:** 06/17/23 to 06/30/23 | | |
| **Check Date:** 07/07/23    **Check #:** 12705 | | |
| NET PAY ALLOCATIONS | | |
| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
| Check Amount | 0.00 | 0.00 |
| Chkg 686 | 1153.64 | 16140.17 |
| **NET PAY** | **1153.64** | **16140.17** |

| EARNINGS | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|---|
| | | Regular | 80.0000 | 26.0000 | 2080.00 | 1120.0000 | 29120.00 |
| | | **Total Hours** | 80.0000 | | | 1120.0000 | |
| | | **Gross Earnings** | | | 2080.00 | | 29120.00 |
| | | **Total Hrs Worked** | 80.0000 | | | | |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | 128.96 | 1805.44 |
| | Medicare | | 30.16 | 422.24 |
| | Fed Income Tax | S 0 | 228.12 | 3193.68 |
| | PA Income Tax | | 63.86 | 894.04 |
| | PA Unemploy | | 1.46 | 20.44 |
| | PA PHILA-Phi Inc | | 78.00 | 1102.79 |
| | **TOTAL** | | 530.56 | 7438.63 |

| DEDUCTION | DESCRIPTION | THIS PERIOD ($) | BALANCE | YTD ($) |
|---|---|---|---|---|
| | Loan | 375.00 | 841.00 | 5250.00 |
| | PX401 EEPRE | 20.80 | | 291.20 |
| | **TOTAL** | 395.80 | | 5541.20 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **1153.64** | **16140.17** |

*Payrolls by Paychex, Inc.*

0026  1401-5781  Badey Sloan & DiGenova PC • 2200 Locust Street • Philadelphia PA  19103 • (215) 790-1000

BADEY SLOAN & DIGENOVA PC
2200 Locust Street
Philadelphia PA  19103

1401-5781
EE ddc

NON-NEGOTIABLE

DANI J MALONEY
6261 CHARLES STREET
PHILADELPHIA PA  19135

NON-NEGOTIABLE

| PERSONAL AND CHECK INFORMATION | | |
|---|---|---|
| Dani J Maloney | | |
| 6261 Charles Street | | |
| Philadelphia, PA  19135 | | |
| Soc Sec #: xxx-xx-xxxx   Employee ID: 6 | | |
| | | |
| Pay Period: 06/03/23 to 06/16/23 | | |
| Check Date: 06/23/23   Check #: 12698 | | |
| NET PAY ALLOCATIONS | | |
| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
| Check Amount | 0.00 | 0.00 |
| Chkg 686 | 1152.81 | 14986.53 |
| **NET PAY** | **1152.81** | **14986.53** |

| EARNINGS | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|---|
| | | Regular | 80.0000 | 26.0000 | 2080.00 | 1040.0000 | 27040.00 |
| | | Total Hours | 80.0000 | | | 1040.0000 | |
| | | Gross Earnings | | | 2080.00 | | 27040.00 |
| | | Total Hrs Worked | 80.0000 | | | | |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | 128.96 | 1676.48 |
| | Medicare | | 30.16 | 392.08 |
| | Fed Income Tax | S 0 | 228.12 | 2965.56 |
| | PA Income Tax | | 63.86 | 830.18 |
| | PA Unemploy | | 1.46 | 18.98 |
| | PA PHILA-Phi Inc | | 78.83 | 1024.79 |
| | **TOTAL** | | 531.39 | 6908.07 |

| DEDUCTION | DESCRIPTION | THIS PERIOD ($) | BALANCE | YTD ($) |
|---|---|---|---|---|
| | Loan | 375.00 | 1216.00 | 4875.00 |
| | PX401 EEPRE | 20.80 | | 270.40 |
| | **TOTAL** | 395.80 | | 5145.40 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **1152.81** | **14986.53** |

*Payrolls by Paychex, Inc.*
0026  1401-5781  Badey Sloan & DiGenova PC • 2200 Locust Street • Philadelphia PA  19103 • (215) 790-1000

BADEY SLOAN & DiGENOVA PC
2200 Locust Street
Philadelphia PA  19103

1401-5781
EE Doc ID

DANI J MALONEY
6261 CHARLES STREET
PHILADELPHIA PA  19135

NON-NEGOTIABLE

NON-NEGOTIABLE

*Payrolls by Paychex, Inc.*

| PERSONAL AND CHECK INFORMATION | | |
|---|---|---|
| Dani J Maloney | | |
| 6261 Charles Street | | |
| Philadelphia, PA  19135 | | |
| **Soc Sec #:** xxx-xx-xxxx    **Employee ID:** 6 | | |
| | | |
| **Pay Period:** 05/20/23 **to** 06/02/23 | | |
| **Check Date:** 06/09/23    **Check #:** 12691 | | |
| NET PAY ALLOCATIONS | | |
| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
| Check Amount | 0.00 | 0.00 |
| Chkg 686 | 1152.81 | 13833.72 |
| **NET PAY** | **1152.81** | **13833.72** |

| EARNINGS | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|---|
| | | Regular | 80.0000 | 26.0000 | 2080.00 | 960.0000 | 24960.00 |
| | | **Total Hours** | 80.0000 | | | 960.0000 | |
| | | **Gross Earnings** | | | 2080.00 | | 24960.00 |
| | | **Total Hrs Worked** | 80.0000 | | | | |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | 128.96 | 1547.52 |
| | Medicare | | 30.16 | 361.92 |
| | Fed Income Tax | S 0 | 228.12 | 2737.44 |
| | PA Income Tax | | 63.86 | 766.32 |
| | PA Unemploy | | 1.46 | 17.52 |
| | PA PHILA-Phi Inc | | 78.83 | 945.96 |
| | **TOTAL** | | 531.39 | 6376.68 |

| DEDUCTION | DESCRIPTION | THIS PERIOD ($) | BALANCE | YTD ($) |
|---|---|---|---|---|
| | Loan | 375.00 | 1591.00 | 4500.00 |
| | PX401 EEPRE | 20.80 | | 249.60 |
| | **TOTAL** | 395.80 | | 4749.60 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **1152.81** | **13833.72** |

*Payrolls by Paychex, Inc.*
0026  1401-5781  Badey Sloan & DiGenova PC • 2200 Locust Street • Philadelphia PA  19103 • (215) 790-1000

BADEY SLOAN & DIGENOVA PC
2200 Locust Street
Philadelphia PA  19103

1401-5781
EE.docx

NON-NEGOTIABLE

DANI J MALONEY
6261 CHARLES STREET
PHILADELPHIA PA  19135

NON-NEGOTIABLE

| PERSONAL AND CHECK INFORMATION | |
|---|---|
| Dani J Maloney | |
| 6261 Charles Street | |
| Philadelphia, PA  19135 | |
| **Soc Sec #:** xxx-xx-xxxx    **Employee ID:** 6 | |

**Pay Period:** 05/06/23 **to** 05/19/23
**Check Date:** 05/26/23    **Check #:** 12684

NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---:|---:|
| Check Amount | 0.00 | 0.00 |
| Chkg 686 | 1152.81 | 12680.91 |
| **NET PAY** | **1152.81** | **12680.91** |

| EARNINGS | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---:|---:|---:|---:|---:|
| | | Regular | 80.0000 | 26.0000 | 2080.00 | 880.0000 | 22880.00 |
| | | **Total Hours** | 80.0000 | | | 880.0000 | |
| | | **Gross Earnings** | | | 2080.00 | | 22880.00 |
| | | **Total Hrs Worked** | 80.0000 | | | | |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---:|---:|
| | Social Security | | 128.96 | 1418.56 |
| | Medicare | | 30.16 | 331.76 |
| | Fed Income Tax | S 0 | 228.12 | 2509.32 |
| | PA Income Tax | | 63.86 | 702.46 |
| | PA Unemploy | | 1.46 | 16.06 |
| | PA PHILA-Phi Inc | | 78.83 | 867.13 |
| | **TOTAL** | | 531.39 | 5845.29 |

| DEDUCTION | DESCRIPTION | THIS PERIOD ($) | BALANCE | YTD ($) |
|---|---|---:|---:|---:|
| | Loan | 375.00 | 1966.00 | 4125.00 |
| | PX401 EEPRE | 20.80 | | 228.80 |
| | **TOTAL** | 395.80 | | 4353.80 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---:|---:|
| | **1152.81** | **12680.91** |