# USPS Employee Earnings Statement

## Employee Information

| | | | |
|---|---|---|---|
| Employee: | JOHN J MALONEY III | Employee ID: | 04124149 |
| Finance Number: | 41-6581 | Pay Location: | 045 |
| Pay Period: | 17-2023 | Pay Date: | 08/18/23 |
| Inclusive Dates: | 07/29/23 - 08/11/23 | | |

**Net Pay:** $1,977.05

## Paid Hours

| Pay Period | Week | RSC | Level | Step | Des Act | Salary Rate | Code | Description | Hours | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 17-23 | 1 | Q | 01 | K | 134 | 66,622 | 43 | PENALTY OVERTIME PAYMENT | .50 | 32.03 |
| 17-23 | 1 | Q | 01 | K | 134 | 66,622 | 52 | WORK HOURS | 40.00 | 1,281.19 |
| 17-23 | 1 | Q | 01 | K | 134 | 66,622 | 53 | OVERTIME HOURS | 12.25 | 588.55 |
| 17-23 | 1 | Q | 01 | K | 134 | 66,622 | 54 | NIGHT WORK PREM HOURS | 2.00 | 2.82 |
| 17-23 | 1 | Q | 01 | K | 134 | 66,622 | 70 | STEWARDS DUTY TIME | 1.15 | .00 |
| 17-23 | 1 | | | | | | | FLSA | | .00 |
| 17-23 | 2 | Q | 01 | K | 134 | 66,622 | 52 | WORK HOURS | 30.00 | 960.89 |
| 17-23 | 2 | Q | 01 | K | 134 | 66,622 | 53 | OVERTIME HOURS | 2.05 | 98.49 |
| 17-23 | 2 | Q | 01 | K | 134 | 66,622 | 54 | NIGHT WORK PREM HOURS | .25 | .35 |
| 17-23 | 2 | Q | 01 | K | 134 | 66,622 | 55 | ANNUAL LEAVE | 10.00 | 320.30 |
| 17-23 | 2 | Q | 01 | K | 134 | 66,622 | 70 | STEWARDS DUTY TIME | .30 | .00 |
| | | | | | | | | **Total Hours Gross Pay:** | | 3,284.62 |

## Leave & Retirement Information

**Category: 6.00**                                                                 **Annual Leave**

Leave Computation Date: 11/29/14

| | |
|---|---|
| AL Prior Year Balance | 53.00 |
| AL Maximum Carryover | 520.00 |
| AL Carried over from Prior Year | 53.00 |
| + AL Earned YTD | 90.00 |
| + AL Holiday Earned YTD | 8.00 |
| - AL Used YTD | 114.00 |
| = Earned Annual Leave Balance | 37.00 |
| + AL Advanced YTD | 70.00 |
| = Available AL Balance | **107.00** |
| AL Used this Pay Period | 10.00 |

**Category: 4.00**                                                                 **Sick Leave**

| | |
|---|---|
| SL Prior Year Balance | 263.78 |
| + SL Earned YTD | 60.00 |
| - SL Used YTD | 12.00 |
| = Current SL Balance | **311.78** |
| SL Used this Pay Period | .00 |

**Other Leave**

### Leave Without Pay (LWOP)

| | |
|---|---:|
| Pay Period LWOP | .00 |
| Calendar LWOP YTD | 16.47 |
| Leave Increment LWOP | 44.72 |

### Retirement

| | | | |
|---|---:|---|---:|
| YTD: | 1,846.82 | Total: | 9,872.25 |

### FERS USPS Thrift Contributions

| | | | |
|---|---:|---|---:|
| PP 1%: | 25.62 | YTD USPS 1%: | 419.73 |
| PP Match: | 102.49 | YTD Matching: | 1,678.88 |

### Insurance Income

| | | | |
|---|---:|---|---:|
| Pay Period: | 2.79 | YTD: | 47.43 |

### Earnings Statement Messages

No messages

## Additional Pay & Other Compensation

| Description | Amount Pay Period | YTD |
|---|---:|---:|
| Total Additional Pay / Other Compensation: | .00 | .00 |
| Total Adjustments Gross: | .00 | .00 |
| Total Gross Pay: | $3,284.62 | $50,135.75 |

## Deductions

| Description | Amount Pay Period | YTD |
|---|---:|---:|
| Retirement: FERS - Ret-FICA Code E | 112.74 | 1,846.82 |
| Social Security | 196.75 | see YTD below |
| Medicare | 46.01 | see YTD below |
| Federal Tax: S 02 | 349.74 | 4,862.91 |
| Health Plan Pre-tax: (Self only) 111 Blue Cross and Blue Shield | 86.67 | 1,460.41 |
| State Income Tax: PA S 00 | 97.42 | 1,482.27 |
| Local Tax: 651 S 00 | 124.49 | 1,900.15 |
| FEDVIP Dental Pre Tax | 21.21 | 339.39 |
| FEDVIP Vision Pre Tax | 3.33 | 53.35 |
| Social Security (deducted on Ins Income) | .17 | 2,996.46 |
| Medicare (deducted on Ins Income) | .05 | 700.79 |
| Thrift Savings Plan (TSP): 9% - (Regular) | 230.61 | 3,777.57 |
| Union Dues: L | 30.88 | 524.96 |
| Allotment | 7.50 | 127.50 |
| Total Current Pay Period Deductions: | 1,307.57 | |
| Total Adjustments Deductions: | .00 | |
| Total Deductions: | $1,307.57 | $20,072.58 |
| Net Pay (Net To Bank): | $1,977.05 | $30,063.17 |

## Adjustments

No adjustments for this pay period

# USPS Employee Earnings Statement

## Employee Information

| | | | |
|---|---|---|---|
| Employee: | JOHN J MALONEY III | Employee ID: | 04124149 |
| Finance Number: | 41-6581 | Pay Location: | 045 |
| Pay Period: | 16-2023 | Pay Date: | 08/04/23 |
| Inclusive Dates: | 07/15/23 - 07/28/23 | | |

### Net Pay: $1,952.44

## Paid Hours

| Pay Period | Week | RSC | Level | Step | Des Act | Salary Rate | Code | Description | Hours | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 16-23 | 1 | Q | 01 | K | 134 | 66,622 | 49 | OWCP LWOP HOURS | 5.11 | .00 |
| 16-23 | 1 | Q | 01 | K | 134 | 66,622 | 52 | WORK HOURS | 34.89 | 1,117.52 |
| 16-23 | 1 | Q | 01 | K | 134 | 66,622 | 53 | OVERTIME HOURS | 7.52 | 361.30 |
| 16-23 | 1 | Q | 01 | K | 134 | 66,622 | 70 | STEWARDS DUTY TIME | 1.13 | .00 |
| 16-23 | 1 | | | | | | | FLSA | | .00 |
| 16-23 | 2 | Q | 01 | K | 134 | 66,622 | 52 | WORK HOURS | 40.00 | 1,281.19 |
| 16-23 | 2 | Q | 01 | K | 134 | 66,622 | 53 | OVERTIME HOURS | 9.50 | 456.42 |
| 16-23 | 2 | Q | 01 | K | 134 | 66,622 | 70 | STEWARDS DUTY TIME | .74 | .00 |
| 16-23 | 2 | | | | | | | FLSA | | .00 |
| | | | | | | | | **Total Hours Gross Pay:** | | 3,216.43 |

## Leave & Retirement Information

**Category: 6.00**                                       **Annual Leave**

**Leave Computation Date: 11/29/14**

| | |
|---|---|
| AL Prior Year Balance | 53.00 |
| AL Maximum Carryover | 520.00 |
| AL Carried over from Prior Year | 53.00 |
| + AL Earned YTD | 84.00 |
| + AL Holiday Earned YTD | 8.00 |
| - AL Used YTD | 104.00 |
| = Earned Annual Leave Balance | 41.00 |
| + AL Advanced YTD | 76.00 |
| = Available AL Balance | **117.00** |
| AL Used this Pay Period | .00 |

**Category: 4.00**                                       **Sick Leave**

| | |
|---|---|
| SL Prior Year Balance | 263.78 |
| + SL Earned YTD | 56.00 |
| - SL Used YTD | 12.00 |
| = Current SL Balance | **307.78** |
| SL Used this Pay Period | .00 |

**Other Leave**

**Leave Without Pay (LWOP)**

| | |
|---|---|
| Pay Period LWOP | 5.11 |
| Calendar LWOP YTD | 16.47 |

Leave Increment LWOP    Leave Without Pay (LWOP)

44.72

### Retirement

YTD:    1,734.08    Total:

9,872.25

### FERS USPS Thrift Contributions

PP 1%:    23.99    YTD USPS 1%:

394.11

PP Match:    95.95    YTD Matching:

1,576.39

### Insurance Income

Pay Period:    2.79    YTD:

44.64

### Earnings Statement Messages

No messages

## Additional Pay & Other Compensation

| Description | Amount | |
|---|---|---|
| | Pay Period | YTD |
| Total Additional Pay / Other Compensation: | .00 | .00 |
| Total Adjustments Gross: | .00 | .00 |
| Total Gross Pay: | $3,216.43 | $46,851.13 |

## Deductions

| Description | Amount | |
|---|---|---|
| | Pay Period | YTD |
| Retirement: FERS - Ret-FICA Code E | 105.54 | 1,734.08 |
| Social Security | 192.52 | see YTD below |
| Medicare | 45.03 | see YTD below |
| Federal Tax: S 02 | 337.98 | 4,513.17 |
| Health Plan Pre-tax: (Self only) 111 Blue Cross and Blue Shield | 86.67 | 1,373.74 |
| State Income Tax: PA S 00 | 95.33 | 1,384.85 |
| Local Tax: 651 S 00 | 121.90 | 1,775.66 |
| FEDVIP Dental Pre Tax | 21.21 | 318.18 |
| FEDVIP Vision Pre Tax | 3.33 | 50.02 |
| Social Security (deducted on Ins Income) | .18 | 2,799.54 |
| Medicare (deducted on Ins Income) | .04 | 654.73 |
| Thrift Savings Plan (TSP): 9% - (Regular) | 215.88 | 3,546.96 |
| Union Dues: L | 30.88 | 494.08 |
| Allotment | 7.50 | 120.00 |
| Total Current Pay Period Deductions: | 1,263.99 | |
| Total Adjustments Deductions: | .00 | |
| Total Deductions: | $1,263.99 | $18,765.01 |
| Net Pay (Net To Bank): | $1,952.44 | $28,086.12 |

## Adjustments

No adjustments for this pay period

# USPS Employee Earnings Statement

## Employee Information

| | | | |
|---|---|---|---|
| **Employee:** | JOHN J MALONEY III | **Employee ID:** | 04124149 |
| **Finance Number:** | 41-6581 | **Pay Location:** | 045 |
| **Pay Period:** | 15-2023 | **Pay Date:** | 07/21/23 |
| **Inclusive Dates:** | 07/01/23 - 07/14/23 | | |

**Net Pay:**  $1,726.93

## Paid Hours

| Pay Period | Week | RSC | Level | Step | Des Act | Salary Rate | Code | Description | Hours | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 15-23 | 1 | Q | 01 | K | 134 | 66,622 | 49 | OWCP LWOP HOURS | .50 | .00 |
| 15-23 | 1 | Q | 01 | K | 134 | 66,622 | 52 | WORK HOURS | 31.50 | 1,008.94 |
| 15-23 | 1 | Q | 01 | K | 134 | 66,622 | 58 | HOLIDAY LEAVE | 8.00 | 256.24 |
| 15-23 | 1 | Q | 01 | K | 134 | 66,622 | 70 | STEWARDS DUTY TIME | 1.35 | .00 |
| 15-23 | 2 | Q | 01 | K | 134 | 66,622 | 49 | OWCP LWOP HOURS | .72 | .00 |
| 15-23 | 2 | Q | 01 | K | 134 | 66,622 | 52 | WORK HOURS | 37.28 | 1,194.07 |
| 15-23 | 2 | Q | 01 | K | 134 | 66,622 | 53 | OVERTIME HOURS | 7.50 | 360.34 |
| 15-23 | 2 | Q | 01 | K | 134 | 66,622 | 56 | SICK LEAVE | 2.00 | 64.06 |
| 15-23 | 2 | Q | 01 | K | 134 | 66,622 | 70 | STEWARDS DUTY TIME | 1.63 | .00 |
| 15-23 | 2 | | | | | | | FLSA | | .00 |
| | | | | | | | | **Total Hours Gross Pay:** | | 2,883.65 |

## Leave & Retirement Information

**Category: 6.00**

### Annual Leave
**Leave Computation Date: 11/29/14**

| | |
|---|---|
| AL Prior Year Balance | 53.00 |
| AL Maximum Carryover | 520.00 |
| AL Carried over from Prior Year | 53.00 |
| + AL Earned YTD | 78.00 |
| + AL Holiday Earned YTD | 8.00 |
| - AL Used YTD | 104.00 |
| = Earned Annual Leave Balance | 35.00 |
| + AL Advanced YTD | 82.00 |
| = Available AL Balance | **117.00** |
| AL Used this Pay Period | .00 |

**Category: 4.00**

### Sick Leave

| | |
|---|---|
| SL Prior Year Balance | 263.78 |
| + SL Earned YTD | 52.00 |
| - SL Used YTD | 12.00 |
| = Current SL Balance | **303.78** |
| SL Used this Pay Period | 2.00 |

### Other Leave

#### Leave Without Pay (LWOP)

| | |
|---|---|
| Pay Period LWOP | 1.22 |

Leave Without Pay (LWOP)

| | |
|---|---|
| Calendar LWOP YTD | 16.47 |
| Leave Increment LWOP | 39.61 |

Retirement

| | | | |
|---|---|---|---|
| YTD: | 1,628.54 | Total: | 9,872.25 |

FERS USPS Thrift Contributions

| | | | |
|---|---|---|---|
| PP 1%: | 25.23 | YTD USPS 1%: | 370.12 |
| PP Match: | 100.93 | YTD Matching: | 1,480.44 |

Insurance Income

| | | | |
|---|---|---|---|
| Pay Period: | 2.79 | YTD: | 41.85 |

Earnings Statement Messages

No messages

## Additional Pay & Other Compensation

| Description | Amount Pay Period | YTD |
|---|---|---|
| Total Additional Pay / Other Compensation: | .00 | .00 |
| Total Adjustments Gross: | .00 | .00 |
| Total Gross Pay: | $2,883.65 | $43,634.70 |

## Deductions

| Description | Amount Pay Period | YTD |
|---|---|---|
| Retirement: FERS - Ret-FICA Code E | 111.03 | 1,628.54 |
| Social Security | 171.89 | see YTD below |
| Medicare | 40.20 | see YTD below |
| Federal Tax: S 02 | 262.30 | 4,175.19 |
| Health Plan Pre-tax: (Self only) 111 Blue Cross and Blue Shield | 86.67 | 1,287.07 |
| State Income Tax: PA S 00 | 85.11 | 1,289.52 |
| Local Tax: 651 S 00 | 109.29 | 1,653.76 |
| FEDVIP Dental Pre Tax | 21.21 | 296.97 |
| FEDVIP Vision Pre Tax | 3.33 | 46.69 |
| Social Security (deducted on Ins Income) | .17 | 2,606.84 |
| Medicare (deducted on Ins Income) | .04 | 609.66 |
| Thrift Savings Plan (TSP): 9% - (Regular) | 227.10 | 3,331.08 |
| Union Dues: L | 30.88 | 463.20 |
| Allotment | 7.50 | 112.50 |
| Total Current Pay Period Deductions: | 1,156.72 | |
| Total Adjustments Deductions: | .00 | |
| Total Deductions: | $1,156.72 | $17,501.02 |
| Net Pay (Net To Bank): | $1,726.93 | $26,133.68 |

## Adjustments

No adjustments for this pay period