BADEY SLOAN & DIGENOVA PC
2200 Locust Street
Philadelphia PA  19103

1401-5781
Check: 6

*Payrolls by Paychex, Inc.*

NON-NEGOTIABLE

DANI J MALONEY
6261 CHARLES STREET
PHILADELPHIA PA  19135

NON-NEGOTIABLE

| PERSONAL AND CHECK INFORMATION | | |
|---|---|---|
| Dani J Maloney | | |
| 6261 Charles Street | | |
| Philadelphia, PA  19135 | | |
| **Soc Sec #:** xxx-xx-xxxx   **Employee ID:** 6 | | |
| | | |
| **Pay Period:** 07/01/23 **to** 07/14/23 | | |
| **Check Date:** 07/21/23   **Check #:** 12712 | | |
| NET PAY ALLOCATIONS | | |
| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
| Check Amount | 0.00 | 0.00 |
| Chkg 686 | 1153.64 | 17293.81 |
| **NET PAY** | **1153.64** | **17293.81** |

| EARNINGS | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|---|
| | | Regular | 80.0000 | 26.0000 | 2080.00 | 1200.0000 | 31200.00 |
| | | **Total Hours** | 80.0000 | | | 1200.0000 | |
| | | **Gross Earnings** | | | 2080.00 | | 31200.00 |
| | | **Total Hrs Worked** | 80.0000 | | | | |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | 128.96 | 1934.40 |
| | Medicare | | 30.16 | 452.40 |
| | Fed Income Tax | S 0 | 228.12 | 3421.80 |
| | PA Income Tax | | 63.86 | 957.90 |
| | PA Unemploy | | 1.46 | 21.90 |
| | PA PHILA-Phi Inc | | 78.00 | 1180.79 |
| | **TOTAL** | | 530.56 | 7969.19 |

| DEDUCTION | DESCRIPTION | THIS PERIOD ($) | BALANCE | YTD ($) |
|---|---|---|---|---|
| | Loan | 375.00 | 466.00 | 5625.00 |
| | PX401 EEPRE | 20.80 | | 312.00 |
| | **TOTAL** | 395.80 | | 5937.00 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **1153.64** | **17293.81** |

*Payrolls by Paychex, Inc.*

0026 1401-5781  Badey Sloan & DiGenova PC • 2200 Locust Street • Philadelphia PA  19103 • (215) 790-1000

BADEY SLOAN & DIGENOVA PC
2200 Locust Street
Philadelphia PA  19103

1401-5781
Emp.#: 6

*Payrolls by Paychex, Inc.*

NON-NEGOTIABLE

DANI J MALONEY
6261 CHARLES STREET
PHILADELPHIA PA  19135

NON-NEGOTIABLE

---

**PERSONAL AND CHECK INFORMATION**
Dani J Maloney
6261 Charles Street
Philadelphia, PA  19135
**Soc Sec #:** xxx-xx-xxxx    **Employee ID:** 6

**Pay Period:** 07/15/23 **to** 07/28/23
**Check Date:** 08/04/23    **Check #:** 12719

NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---:|---:|
| Check Amount | 0.00 | 0.00 |
| Chkg 686 | 1153.64 | 18447.45 |
| **NET PAY** | **1153.64** | **18447.45** |

| EARNINGS | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---:|---:|---:|---:|---:|
| | | Regular | 80.0000 | 26.0000 | 2080.00 | 1280.0000 | 33280.00 |
| | | Total Hours | 80.0000 | | | 1280.0000 | |
| | | Gross Earnings | | | 2080.00 | | 33280.00 |
| | | Total Hrs Worked | 80.0000 | | | | |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---:|---:|
| | Social Security | | 128.96 | 2063.36 |
| | Medicare | | 30.16 | 482.56 |
| | Fed Income Tax | S 0 | 228.12 | 3649.92 |
| | PA Income Tax | | 63.86 | 1021.76 |
| | PA Unemploy | | 1.46 | 23.36 |
| | PA PHILA-Phi Inc | | 78.00 | 1258.79 |
| | **TOTAL** | | 530.56 | 8499.75 |

| DEDUCTION | DESCRIPTION | THIS PERIOD ($) | BALANCE | YTD ($) |
|---|---|---:|---:|---:|
| | Loan | 375.00 | 91.00 | 6000.00 |
| | PX401 EEPRE | 20.80 | | 332.80 |
| | **TOTAL** | 395.80 | | 6332.80 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---:|---:|
| | **1153.64** | **18447.45** |

*Payrolls by Paychex, Inc.*
0026 1401-5781  Badey Sloan & DiGenova PC • 2200 Locust Street • Philadelphia PA  19103 • (215) 790-1000

BADEY SLOAN & DIGENOVA PC
2200 Locust Street
Philadelphia PA  19103

0026 1401-5781

*Payrolls by Paychex, Inc.*

NON-NEGOTIABLE

DANI J MALONEY
6261 CHARLES STREET
PHILADELPHIA PA  19135

NON-NEGOTIABLE

| PERSONAL AND CHECK INFORMATION | | |
|---|---|---|
| Dani J Maloney | | |
| 6261 Charles Street | | |
| Philadelphia, PA  19135 | | |
| **Soc Sec #:** xxx-xx-xxxx  **Employee ID:** 6 | | |
| | | |
| **Pay Period:** 07/29/23 **to** 08/11/23 | | |
| **Check Date:** 08/18/23  **Check #:** 12726 | | |
| NET PAY ALLOCATIONS | | |
| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
| Check Amount | 0.00 | 0.00 |
| Chkg 686 | 1437.64 | 19885.09 |
| **NET PAY** | **1437.64** | **19885.09** |

| EARNINGS | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|---|
| | | Regular | 80.0000 | 26.0000 | 2080.00 | 1360.0000 | 35360.00 |
| | | **Total Hours** | 80.0000 | | | 1360.0000 | |
| | | **Gross Earnings** | | | 2080.00 | | 35360.00 |
| | | **Total Hrs Worked** | 80.0000 | | | | |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | 128.96 | 2192.32 |
| | Medicare | | 30.16 | 512.72 |
| | Fed Income Tax | S 0 | 228.12 | 3878.04 |
| | PA Income Tax | | 63.86 | 1085.62 |
| | PA Unemploy | | 1.46 | 24.82 |
| | PA PHILA-Phi Inc | | 78.00 | 1336.79 |
| | **TOTAL** | | 530.56 | 9030.31 |

| DEDUCTION | DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| | Loan | 91.00 | 6091.00 |
| | PX401 EEPRE | 20.80 | 353.60 |
| | **TOTAL** | 111.80 | 6444.60 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **1437.64** | **19885.09** |

*Payrolls by Paychex, Inc.*

0026 1401-5781  Badey Sloan & DiGenova PC • 2200 Locust Street • Philadelphia PA  19103 • (215) 790-1000