# United States Bankruptcy Court
# Eastern District of Pennsylvania

| | |
|---|---|
| In re:<br><br>John J. Maloney,<br>Dani J. Maloney,<br><br>        Debtor. | Case No. 23-12503-pmm<br><br>Chapter 13 |

## Certificate of Service

    I certify that on this date I served a true and correct copy of the Debtor's First Amended Chapter 13 Plan on the following parties by first class mail or through the CM/ECF system:

U.S. Trustee (CM/ECF)

Kenneth E. West (CM/ECF)

Ford Motor Company, LLC
PO Box 62180
Colorado Springs, CO 80962


Date: January 8, 2024

                                            /s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com