UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| In Re: | Chapter 13 |
|---|---|
| JOHN J. MALONEY<br>DANI J. MALONEY | Bankruptcy No.23-12503-PMM |
| Debtors | |

### CERTIFICATE OF SERVICE

I, Kenneth E. West, Esq., do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtors* filed in the above-referenced case has been served this 27th day of February, 2024, by first class mail upon those listed below:

JOHN J. MALONEY
DANI J. MALONEY
6261 CHARLES ST
PHILADELPHIA, PA  19135-3401

**Electronically via CM/ECF System Only:**

MICHAEL I. ASSAD

Office of the United States Trustee
Robert N.C. Nix Federal Courthouse
900 Market Street, Suite 320
Philadelphia, PA  19107

*/s/ Kenneth E. West, Esq.*
Kenneth E. West, Esq.
Standing Chapter 13 Trustee