United States Bankruptcy Court
Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-12503-pmm |
| John J. Maloney | Chapter 13 |
| Dani J. Maloney | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 5 |
| Date Rcvd: Aug 06, 2024 | Form ID: 155 | Total Noticed: 94 |

The following symbols are used throughout this certificate:

**Symbol**   **Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^   Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 08, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | John J. Maloney, Dani J. Maloney, 6261 Charles St, Philadelphia, PA 19135-3401 |
| 14811133 | + | Home Credit USA, Attn: Bankruptcy 6240 Sprint Pkwy, Overland Park, KS 66211-1159 |
| 14811143 | + | Philadelphia Municipal Court, Traffic Division, 800 Spring Garden Street, Philadelphia, PA 19123-2616 |
| 14811170 | | Temple University Health System, Inc., 3509 N Broad St, Philadelphia, PA 19140-4105 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14811100 | | Email/Text: bncnotifications@pheaa.org | Aug 07 2024 00:15:00 | AES/PHEAA, Attn: Bankruptcy, PO Box 2461, Harrisburg, PA 17105-2461 |
| 14821658 | | Email/Text: bnc@atlasacq.com | Aug 07 2024 00:15:00 | Atlas Acquisitions LLC, on behalf of UHG I LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 14811101 | | Email/PDF: bncnotices@becket-lee.com | Aug 07 2024 00:21:05 | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 14811102 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Aug 07 2024 00:15:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 14811103 | | Email/Text: BarclaysBankDelaware@tsico.com | Aug 07 2024 00:15:00 | Barclays, Attn: Bankruptcy, PO Box 8801, Wilmington, DE 19899-8801 |
| 14811104 | | Email/Text: BarclaysBankDelaware@tsico.com | Aug 07 2024 00:15:00 | Barclays Bank Delaware, Attn: Bankruptcy, PO Box 8801, Wilmington, DE 19899-8801 |
| 14812504 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 07 2024 00:20:51 | CACH, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14811111 | | Email/Text: megan.harper@phila.gov | Aug 07 2024 00:16:00 | City of Philadelphia, Municipal Services Building, 1401 John F Kennedy Blvd 5th Floor, Philadelphia, PA 19102-1640 |
| 14811105 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 07 2024 00:21:12 | Capital One, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14815410 | + | Email/PDF: ebn_ais@aisinfo.com | Aug 07 2024 00:20:55 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14811106 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 07 2024 00:20:48 | Capital One/Walmart, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14811108 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 07 2024 00:21:13 | Citibank, Attn: Bankruptcy, P.O. Box 790034, St Louis, MO 63179-0034 |
| 14823221 | | Email/Text: bnc-quantum@quantum3group.com | Aug 07 2024 00:15:00 | Citibank, N.A., c/o Quantum3 Group LLC, PO Box 280, Kirkland, WA 98083-0280 |
| 14811109 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 07 2024 00:21:03 | Citibank/Best Buy, Centralized Bk dept, PO Box |

| | | | | |
|---|---|---|---|---|
| | | | | 790034, St Louis, MO 63179-0034 |
| 14811110 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 07 2024 00:21:01 | Citibank/Sunoco, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, St Louis, MO 63179-0040 |
| 14811112 | | Email/Text: bankruptcy@philapark.org | Aug 07 2024 00:16:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14811113 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 07 2024 00:15:00 | Comenity Bank, PO Box 182125, Columbus, OH 43218-2125 |
| 14811114 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 07 2024 00:15:00 | Comenity Bank/Ann Taylor, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 14811115 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 07 2024 00:15:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 14811116 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 07 2024 00:15:00 | Comenity Bk/Ulta, Attn: Bankruptcy Dept, PO Box 182125, Columbus, OH 43218-2125 |
| 14811117 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 07 2024 00:15:00 | Comenity Capital/Forever 21, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 14811118 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 07 2024 00:15:00 | Comenity/MPRC, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 14811119 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 07 2024 00:15:00 | Comenity/Sephora, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 14811122 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 07 2024 00:15:00 | ComenityBank/Venus, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 14811123 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 07 2024 00:15:00 | ComenityCapital/Boscov, Attn: Bankruptcy Dept, PO Box 182125, Columbus, OH 43218-2125 |
| 14811121 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 07 2024 00:15:00 | Comenitybank/New York, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 14811120 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 07 2024 00:15:00 | Comenitybank/hottpic, Attn: Bankruptcy Dept, PO Box 182125, Columbus, OH 43218-2125 |
| 14811124 | + | Email/Text: bncnotifications@pheaa.org | Aug 07 2024 00:15:00 | Cornerstone, Pob 60610, Harrisburg, PA 17106-0610 |
| 14811125 | + | Email/PDF: creditonebknotifications@resurgent.com | Aug 07 2024 00:21:02 | Credit One Bank, Attn: Bankruptcy Department, PO Box 98873, Las Vegas, NV 89193-8873 |
| 14811126 | | Email/PDF: DellBKNotifications@resurgent.com | Aug 07 2024 00:20:50 | Dell Financial Services, Attn: Bankruptcy, P.O. Box 81577, Austin, TX 78708-1577 |
| 14811137 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 07 2024 00:20:56 | Macys/fdsb, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 14813979 | | Email/Text: mrdiscen@discover.com | Aug 07 2024 00:15:00 | Discover Bank, PO Box 3025, New Albany Ohio 43054-3025 |
| 14812394 | | Email/Text: mrdiscen@discover.com | Aug 07 2024 00:15:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14811127 | + | Email/Text: mrdiscen@discover.com | Aug 07 2024 00:15:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 14811130 | | Email/Text: EBNBKNOT@ford.com | Aug 07 2024 00:16:00 | Ford Motor Credit Company, LLC, Po Box 62180, Colorado Spgs, CO 80962-2180 |
| 14811128 | + | Email/Text: bnc-bluestem@quantum3group.com | Aug 07 2024 00:16:00 | Fingerhut, Attn: Bankruptcy 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 14811129 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Aug 07 2024 00:21:13 | First Premier Bank, Attn: Bankruptcy, PO Box 5524, Sioux Falls, SD 57117-5524 |
| 14865450 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 07 2024 00:21:05 | Ford Motor Credit Company, LLC, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

| ID | | Method/Address | Time | Recipient |
|---|---|---|---|---|
| 14865630 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 07 2024 00:20:51 | Ford Motor Credit Company, LLC, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14811132 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Aug 07 2024 00:16:00 | Genesis FS Card Services, Attn: Bankruptcy, PO Box 4477, Beaverton, OR 97076-4401 |
| 14811131 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Aug 07 2024 00:16:00 | Genesis Financial, Genesis FS Card Services, PO Box 4477, Beaverton, OR 97076-4401 |
| 14811134 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 07 2024 00:15:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14827530 | | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 07 2024 00:15:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 14811107 | | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 07 2024 00:21:16 | Chase Card Services, Attn: Bankruptcy P.O. 15298, Wilmington, DE 19850 |
| 14811135 | | Email/Text: PBNCNotifications@peritusservices.com | Aug 07 2024 00:15:00 | Kohls/Capital One, Attn: Credit Administrator, PO Box 3043, Milwaukee, WI 53201-3043 |
| 14821518 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 07 2024 00:20:49 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14811136 | + | Email/Text: EBNBKNOT@ford.com | Aug 07 2024 00:16:00 | Lincoln Automotive Fin, Attn: Bankrutcy, PO Box 54200, Omaha, NE 68154-8000 |
| 14811138 | | Email/Text: fesbank@attorneygeneral.gov | Aug 07 2024 00:15:00 | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120 |
| 14811142 | | Email/Text: CollectionsDept@PFCU.COM | Aug 07 2024 00:15:00 | Philadelphia Federal Credit Union, Attn: Bankruptcy, 12800 Townsend Road, Philadelphia, PA 19154 |
| 14826186 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 07 2024 00:15:00 | PNC Bank NA, Bankruptcy Department, PO BOX 94982, Cleveland, OH 44101 |
| 14811145 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 07 2024 00:15:00 | PNC Financial, Attn: Bankruptcy 300 Fifth Avenue, Pittsburgh, PA 15222 |
| 14827492 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 07 2024 00:21:16 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14811139 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 07 2024 00:15:00 | Pennsylvania Department of Revenue, Bankruptcy Division, Po Box 280946, Harrisburg, PA 17128-0946 |
| 14811140 | ^ | MEBN | Aug 07 2024 00:07:36 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14811141 | + | Email/Text: bankruptcy@petalcard.com | Aug 07 2024 00:15:04 | Petal Card Inc, Attn: Bankruptcy, MSC _ 166931 PO Box 105168, Atlanta, GA 30348-5168 |
| 14811144 | | Email/Text: bankruptcy@philapark.org | Aug 07 2024 00:16:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Philadelphia, PA 19106-1538 |
| 14811146 | + | Email/Text: bankruptcy1@pffcu.org | Aug 07 2024 00:15:00 | Police & Fire FCU, 901 Arch St, Philadelphia, PA 19107-2495 |
| 14811147 | + | Email/Text: bankruptcy1@pffcu.org | Aug 07 2024 00:15:00 | Police &fire, 901 Arch Street, Philadelphia, PA 19107-2404 |
| 14811148 | + | Email/Text: bankruptcy1@pffcu.org | Aug 07 2024 00:15:00 | Police and Fire Federal Credit Union, 3333 Street Rd, Bensalem, PA 19020-2022 |
| 14825037 | | Email/Text: bnc-quantum@quantum3group.com | Aug 07 2024 00:15:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14811149 | + | Email/Text: enotifications@santanderconsumerusa.com | Aug 07 2024 00:15:00 | Santander Consumer USA, Inc, Attn: Bankruptcy, PO Box 961245, Fort Worth, TX 76161-0244 |
| 14811151 | | Email/PDF: ais.sync.ebn@aisinfo.com | | |

| | | | |
|---|---|---|---|
| 14811152 | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 07 2024 00:21:12 | Syncb/Fanatics, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14811153 | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 07 2024 00:20:48 | Syncb/Paypalsmartconn, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14811154 | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 07 2024 00:21:01 | Syncb/Toys R Us, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14811155 | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 07 2024 00:21:10 | Syncb/Venmo, Attn: Bankruptcy, P.O. Box 965064, Orlando, FL 32896-5060 |
| 14811150 | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 07 2024 00:21:11 | Syncb/Walmart, Attn: Bankruptcy POB 965060, Orlando, FL 32896-5060 |
| 14811156 | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 07 2024 00:20:49 | Syncb/ebay, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14811157 | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 07 2024 00:21:05 | Synchrony Bank/Amazon, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14811158 | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 07 2024 00:21:01 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, PO Box 965064, Orlando, FL 32896-5060 |
| 14811159 | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 07 2024 00:21:01 | Synchrony Bank/Gap, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14811160 | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 07 2024 00:21:11 | Synchrony Bank/HHGregg, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14811161 + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 07 2024 00:21:12 | Synchrony Bank/JCPenney, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14811162 | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 07 2024 00:20:49 | Synchrony Bank/Lowes, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14811163 | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 07 2024 00:21:11 | Synchrony Bank/QVC, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14811164 | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 07 2024 00:20:51 | Synchrony Bank/TJX, Attn: Bankruptcy, PO Box 965064, Orlando, FL 32896-5060 |
| 14811165 | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 07 2024 00:21:03 | Synchrony/American Eagle, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| | | Aug 07 2024 00:20:48 | Synchrony/Ashley Furniture Homestore, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14811166 | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 07 2024 00:21:03 | Synchrony/HSN, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14811167 | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 07 2024 00:21:05 | Synchrony/PayPal Credit, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14811168 + | Email/PDF: ebn_ais@aisinfo.com | Aug 07 2024 00:21:13 | T Mobile, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14827561 | Email/Text: bncmail@w-legal.com | Aug 07 2024 00:15:00 | TD Bank USA, N.A., C/O Weinstein & Riley, P.S., 1415 WESTERN AVE, SUITE 700, SEATTLE, WA 98101 |
| 14811169 + | Email/Text: bncmail@w-legal.com | Aug 07 2024 00:15:00 | Target NB, C/O Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 14811171 + | Email/Text: bankruptcy@bbandt.com | Aug 07 2024 00:15:00 | Truist, Attn: Bankruptcy Mail Code VA-RVW-6290 P, Richmond, VA 23286-0001 |
| 14827710 + | Email/Text: bankruptcy@bbandt.com | Aug 07 2024 00:15:00 | Truist Bank, Attn: Support Services, PO Box 85092, Richmond, VA 23285-5092 |
| 14811172 | Email/Text: usapae.bankruptcynotices@usdoj.gov | Aug 07 2024 00:16:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14811173 | ^ | MEBN | Aug 07 2024 00:07:30 | U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |
| 14811174 | | Email/Text: bankruptcies@uplift.com | Aug 07 2024 00:15:00 | Uplift, Inc., Attn: Bankruptcy, 440 N Wolfe Rd, Sunnyvale, CA 94085 |
| 14811175 | + | Email/Text: bnc-bluestem@quantum3group.com | Aug 07 2024 00:16:00 | Webbank/Gettington, Attn: Bankruptcy 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 14811176 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Aug 07 2024 00:21:13 | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus MAC X2303-01A 3rd FL, Des Moines, IA 50328-0001 |
| 14821088 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Aug 07 2024 00:20:50 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 90

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14821296 | * | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 08, 2024     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 6, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MICHAEL A. CIBIK | on behalf of Joint Debtor Dani J. Maloney help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| MICHAEL A. CIBIK | on behalf of Debtor John J. Maloney help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

*Form 155* (2/24)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
   John J. Maloney

   Dani J. Maloney

   Debtor(s).

Case No. 23−12503−pmm

Chapter: 13

### ORDER CONFIRMING PLAN UNDER CHAPTER 13

**AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

**A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

**B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

**C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: August 6, 2024

For The Court

Patricia M. Mayer
Judge, United States Bankruptcy Court